# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

JAMES LAWSON and SUSAN LAWSON,

        Plaintiffs,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

        Defendant.

_____)

Case 3:14-CV-00822-CRS

**NOTICE OF SETTLEMENT**

Please take notice that Plaintiffs James Lawson and Susan Lawson have resolved this dispute with Defendant Portfolio Recovery Associates, LLC. Plaintiffs and Defendant anticipate filing a Motion for Entry of an Agreed Order of Dismissal with Prejudice within thirty to forty-five days.

Respectfully submitted this 6th day of April, 2015.

      s/ R. Brooks Herrick
Joseph N. Tucker, Esq.
R. Brooks Herrick, Esq.
DINSMORE & SHOHL LLP
101 South Fifth Street
Suite 2500
Louisville, Kentucky  40202
Phone: 502-540-2300
Fax: 502-585-2207
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
*Counsel for Defendant,*
*Portfolio Recovery Associates, LLC*

2

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served to the persons at the addresses set forth below via the CM/ECF system this 6th day of April 2015.

James H. Lawson, Esq.
Lawson at Law, PLLC
115 S. Sherrin Ave.
Suite 4
Louisville, KY 40207
james@kyconsumerlaw.com
*Counsel for Plaintiffs*

        s/ R. Brooks Herrick
*Counsel for Defendant,*
*Portfolio Recovery Associates, LLC*

9546044v1

2